JOHN M. GARDNER, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. ROSECLIFF REALTY CO., INC., *ET AL.*, DEFENDANTS-
PETITIONERS.

*Mr. William George* for the petitioners.

*Messrs. Lasser & Lasser* for the respondent.

October 4, 1954.   Denied.